H156-1

MPD:fm 05-179

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FEDERAL INSURANCE COMPANY, as
subrogee of Applebee's International, Inc.

VS C.A. NO 05-135ML

MAYTAG CORPORATION AND
ATWELLS PARTS & SERVICE, INC.
d/b/a RENDINE'S MAYTAG

**STIPULATION**

In the above-entitled matter, it is agreed that the following entry be made:

Defendant Atwells Parts & Service, Inc. d/b/a Rendine's Maytag will have up to and including May 10, 2005 to answer or otherwise respond to plaintiff's complaint.

Marco P. Uriati, Esq. #5561
Roberts Carroll Feldstein & Peirce
Attorneys for Plaintiff
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
Atwells Parts & Service, Inc.
d/b/a Rendine's Maytag
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Dated: April 20, 2005

Enter:
Mary M. Lisi
USDJ 4/22/05

3