UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FEDERAL INSURANCE COMPANY,
As subrogee of Applebee's International, Inc.

Plaintiff,

v.

MAYTAG CORPORATION and
ATWELLS PARTS & SERVICE, INC. d/b/a
RENDINE'S MAYTAG

Defendants.

CIVIL ACTION NO. 05-135 MC

**CORPORATE DISCLOSURE OF MAYTAG CORPORATION**

Pursuant to Fed. R. Civ. P. 7.1(a), the defendant Maytag Corporation ("Maytag") states that the following corporation owns 10% or more of Maytag's stock: **FMR Corp.**

Date: 4/27, 2005

MAYTAG CORPORATION

By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION

Holly M. Polglase, Bar No. 5692
123 Dyer Street
Providence, RI 02903
Tel: (401) 421-5123

4

CERTIFICATE OF SERVICE

I, Holly M. Polglase, attorney for the defendant Maytag Corporation hereby certify that on April 27, 2005, I forwarded the within document via First Class Mail to:

Marco P. Uriati
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Holly M. Polglase