UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
APR 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FEDERAL INSURANCE COMPANY,
As subrogee of Applebee's International, Inc.

Plaintiff,

v.

MAYTAG CORPORATION and
ATWELLS PARTS & SERVICE, INC. d/b/a
RENDINE'S MAYTAG

Defendants.

CIVIL ACTION NO. 05-135 MC

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The Plaintiff hereby agrees that Defendant Maytag Corporation shall have a thirty (30) day extension of time, up to and including Tuesday, May 31, 2005, to Answer or otherwise respond to Plaintiff's Complaint.

FEDERAL INSURANCE COMPANY
As subrogee of Applebee's International, Inc.

By its Attorneys,
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.

Marco P. Uriati, Bar No. 5561
Ten Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000

MAYTAG CORPORATION

By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.

Holly M. Polglase, Bar No. 5692
123 Dyer Street
Providence, RI 02903
Tel: (401) 421-5123

Enter:
Mary M. Lisi
US DJ 4/28/05

6

**CERTIFICATE OF SERVICE**

I, Marco P. Uriati, attorney for the plaintiff hereby certify that on April 27th, 2005, I forwarded the within document via First Class Mail to:

Holly M. Polglase, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129

Marco P. Uriati