MPD:fm 05-179

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FEDERAL INSURANCE COMPANY, as
subrogee of Applebee's International, Inc.

VS C.A. NO 05-135ML

MAYTAG CORPORATION AND
ATWELLS PARTS & SERVICE, INC.
d/b/a RENDINE'S MAYTAG

DEFENDANT ATWELLS PARTS & SERVICE, INC. d/b/a
RENDINE'S MAYTAG'S ANSWER TO PLAINTIFF'S COMPLAINT

First Defense

Parties

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraph 1 of plaintiff's complaint, and therefore leaves plaintiff to its proof; neither admits nor denies the allegations of paragraphs 2 and 3 but leaves plaintiff to its proof thereof; and denies the allegations of paragraph 4 of plaintiff's complaint.

General Allegations

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraphs 5, 6, 8, 9, and 10 of plaintiff's complaint, and therefore leaves plaintiff to its proof; and denies the allegations of paragraph 7 of plaintiff's complaint.

Count I

Defendant is not required to respond to the allegations of Count I of plaintiff's complaint as said Count is not directed to this defendant, except that any of the allegations of said Count that may be construed as directed to this defendant, the same are denied.

Count II

Defendant is not required to respond to the allegations of Count II of plaintiff's complaint as said Count is not directed to this defendant, except that any of the allegations of said Count that may be construed as directed to this defendant, the same are denied.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 APR 19 P 3:31

7

Count III

Defendant repeats and realleges its answers set forth in paragraphs 1 through 17 of plaintiff's complaint as more fully set forth herein as its answer to paragraph 18 of Count III and denies the allegations of paragraphs 19 and 20 of plaintiff's complaint.

Second Defense

If plaintiff sustained injuries and damages as alleged which is denied, the same was due to its want of due care under the circumstances.

WHEREFORE, defendant demands that plaintiff's action against it be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
Atwells Parts & Service, Inc.
d/b/a Rendine's Maytag
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Marco P. Uriati, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

DATED: April 18, 2005