MPD:ld 05-179

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of Applebee's International | : | |
| VS. | : | C.A. NO.: 05-135ML |
| MAYTAG CORPORATION AND ATWELLS PARTS & SERVICE, INC. d/b/a RENDINE'S MAYTAG | : | |

**DEFENDANT ATWELLS PARTS & SERVICE, INC. d/b/a RENDINE'S MAYTAG'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES**

Defendant, Atwells Parts & Service, Inc. d/b/a Rendine's Maytag, hereby moves to compel the plaintiff to respond to interrogatories previously propounded. The defendant requests that the plaintiff be ordered to respond to the discovery requests within (20) twenty days of the Court's Order.

In support of the Motion, the defendant submit the attached Memorandum.

Mark P. Dolan, Esquire
Rice Dolan & KERSHAW
Attorneys for Defendant
Suite 900, 170 Westminster Street
Providence, RI 02903
272-8800, Reg. #3280

CERTIFICATION

To: Marco P. Uriati, Esq., Roberts, Carroll, Feldstein & Peirce, 10 Weybosset Street, 8th Floor, Providence, RI 02903
William N. Clark, Jr., Esq., Cozen & Connor 1900 Market Street, Philadelphia, PA 19103
Holly M. Polglase, Esq., Campbell Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA 02129

Certification pursuant to Rule 37(a)(2)(A). Defendant, Atwells Parts & Service, Inc. d/b/a Rendine's Maytag, hereby certify that they have in good faith conferred with plaintiffs' counsel prior to filing this motion.

Copy to counsel of record, as above, on August 30, 2005.

MPD:ld 05-179

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of Applebee's International | : | |
| VS. | : | C.A. NO.: 05-135ML |
| MAYTAG CORPORATION AND ATWELLS PARTS & SERVICE, INC. d/b/a RENDINE'S MAYTAG | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT ATWELLS PARTS & SERVICE, INC. d/b/a RENDINE'S MAYTAG'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Defendant, Atwells Parts & Service, Inc. d/b/a Rendine's Maytag, have now moved to compel the plaintiff to respond to interrogatories previously propounded. The discovery requests were served on or about May 23, 2005. Despite a written request, the plaintiff has not responded to the discovery.

For the above reason, the defendant Atwells Parts & Service, Inc. d/b/a Rendine's Maytag respectively requests that this motion to compel now be granted.

Mark P. Dolan, Esq. #3280
RICE, DOLAN & KERSHAW
Attorneys for Defendant
Suite 900, 170 Westminster St.
Providence, RI 02903
Tel: 272-8800
Fax: 421-7218

To: Marco P. Uriati, Esq., Roberts, Carroll, Feldstein & Peirce, 10 Weybosset Street, 8th Floor, Providence, RI 02903
William N. Clark, Jr., Esq., Cozen & Connor 1900 Market Street, Philadelphia, PA 19103
Holly M. Polglase, Esq., Campbell Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA 02129

Copy to counsel of record, as above, on August 30, 2005.