MPD:ld 05-179

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FEDERAL INSURANCE COMPANY, as subrogee of Applebee's International :

VS. : C.A. NO.: 05-135ML

MAYTAG CORPORATION AND ATWELLS PARTS & SERVICE, INC. d/b/a RENDINE'S MAYTAG :

**DEFENDANT ATWELLS PARTS & SERVICE, INC. d/b/a RENDINE'S MAYTAG'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES**

Defendant, Atwells Parts & Service, Inc. d/b/a Rendine's Maytag, hereby moves to compel the plaintiff to respond to interrogatories previously propounded. The defendant requests that the plaintiff be ordered to respond to the discovery requests within (20) twenty days of the Court's Order.

In support of the Motion, the defendant submit the attached Memorandum.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 9/19/05

Mark P. Dolan, Esquire
Rice Dolan & KERSHAW
Attorneys for Defendant
Suite 900, 170 Westminster Street
Providence, RI 02903
272-8800, Reg. #3280

CERTIFICATION

To: Marco P. Uriati, Esq., Roberts, Carroll, Feldstein & Peirce, 10 Weybosset Street, 8th Floor, Providence, RI 02903
William N. Clark, Jr., Esq., Cozen & Connor 1900 Market Street, Philadelphia, PA 19103
Holly M. Polglase, Esq., Campbell Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA 02129

Certification pursuant to Rule 37(a)(2)(A). Defendant, Atwells Parts & Service, Inc. d/b/a Rendine's Maytag, hereby certify that they have in good faith conferred with plaintiffs' counsel prior to filing this motion.

Copy to counsel of record, as above, on August 30, 2005.