UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 26 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FEDERAL INSURANCE COMPANY,
As subrogee of Applebee's International, Inc.

Plaintiff,

v.

MAYTAG CORPORATION and
ATWELLS PARTS & SERVICE, INC. d/b/a
RENDINE'S MAYTAG

Defendants.

CIVIL ACTION NO. 05-135 ML

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, having resolved this matter amicably, hereby stipulate that the plaintiff's claims against the defendants, Maytag Corporation and Atwells Parts & Service, Inc. should be dismissed with prejudice and without costs. Further, the parties hereby waive all rights to appeal.

FEDERAL INSURANCE COMPANY
As subrogee of Applebee's International, Inc.

By its Attorneys,
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.

Marco P. Urbiati, Bar No. 5561
Ten Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000

MAYTAG CORPORATION

By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL
CORPORATION

Holly M. Polglase, Bar No. 5692
123 Dyer Street
Providence, RI 02903
Tel: (401) 421-5123

Enter: Mary M. Lisi
USDJ 7/26/06

ATWELLS PARTS & SERVICE, INC.

By its Attorneys,
RICE DOLAN & KERSHAW

Mark P. Dolan, Bar No.
170 Westminster St. – Suite 900
Providence, RI 02903
Tel. 401-272-8800

Dated: July 21, 2006